# Third District Court of Appeal
## State of Florida

Opinion filed April 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0093
Lower Tribunal No. F68-2532
_____

**Bobby Allen Bryant,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Bobby Allen Bryant, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.